# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

148999

KENNETH J. SPEICHER,
      Plaintiff-Appellee,

v

COLUMBIA TOWNSHIP BOARD OF
TRUSTEES,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 148999
COA: 313158
Van Buren CC: 11-600562-CZ

_____/

On order of the Court, the application for leave to appeal the February 25, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light *of Speicher v Columbia Twp and Columbia Twp Planning Comm'n*, ___ Mich ___ (Docket No. 148617, decided December 22, 2014). We direct the Court of Appeals to particularly consider the language of MCL 15.271(4) that awards attorney fees "[i]f a public body is not complying with this act, and a person commences a civil action to compel or enjoin further noncompliance with the act and succeeds in obtaining relief in the action . . . ."



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

t0223